UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 15-3737-GW (JEM) | Date | May 28, 2015 |
|---|---|---|---|
| Title | LUIS ARTURO ESCOBAR v. JASPAL DHALIWAL, et al. | | |

| Present: The Honorable | JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE |
|---|---|

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE**

On May 20, 2015, the District Court issued an Order denying Plaintiff's request to proceed without prepayment of filing fees (IFP Application) with leave to amend, finding inadequate showing of indigency, failure to authorize disbursements from prison trust account to pay filing fee, and failure to provide certified copy of trust fund statement for the last six (6) months. (Docket No. 4.) Plaintiff was granted leave to re-submit within 30 days the IFP Application and Complaint if submitted with the Certified Trust Account Statement and Disbursement Authorization. Plaintiff was warned that failure to submit the required documents within 30 days may cause the case to be dismissed.

In light of the foregoing, Plaintiff is ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute and/or failure to comply with a Court order. Plaintiff shall file a written response to this Order to Show Cause **no later than June 11, 2015**.[1] Plaintiff's failure to respond in writing to the Order to Show Cause by the deadline may result in a recommendation that this action be dismissed for failure to prosecute and/or failure to comply with a court order.

Filing of the Complaint and IFP Application along with a Certified Trust Account Statement and Disbursement Authorization consistent with the District Court's Order of May 20, 2015, shall be a satisfactory response to the Order to Show Cause.

No extensions of this deadline will be granted absent extraordinary circumstances.

IT IS SO ORDERED.

cc: Parties

|  | : |
|---|---|
| Initials of Preparer | sa |

---

[1] Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, oral argument on this Order to Show Cause will not be heard unless ordered by the Court. Upon the filing of a Response, the Order to Show Cause will stand submitted.